IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CRAIG PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:12-cv-00405 |
| ) | |
| MAIL CONTRACTORS OF ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion to Amend Pretrial Order and Case Management Plan, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

1. The parties shall have up to and including April 22, 2013 to complete discovery.

2. The parties shall have up to and including May 20, 2013 to complete mediation.

3. The deadline for submission of dispositive motions is extended until May 20, 2013.

Signed: December 13, 2012

Graham C. Mullen
United States District Judge