IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CRAIG PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAIL CONTRACTORS OF )<br>AMERICA, INC., )<br>)<br>Defendant. )<br>_____) | C.A. No. 3:12-cv-405 |

**ORDER**

THIS MATTER IS BEFORE THE COURT on its own motion. The trial in this matter is currently set for October 15, 2013. Due to a lengthy criminal trial scheduled to begin at the same time, this trial must be continued to a later date.

IT IS THEREFORE ORDERED that the trial in this matter is hereby RE-SET for **January 13, 2014.**

IT IS SO ORDERED.

Signed: August 26, 2013

Graham C. Mullen
United States District Judge