IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV405

| | |
|---|---|
| CRAIG PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MAIL CONTRACTORS OF AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on the Plaintiff's Motion to Reconsider, in which he asks the Court to reconsider its Order of November 21, 2013 granting summary judgment in favor of the Defendant. Plaintiff's motion repeats the same legal arguments the Court has already considered. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reconsider is hereby DENIED.

Signed: January 22, 2014

Graham C. Mullen
United States District Judge